---------------
No. 00-50850
---------------

*1:00 CV 278 JN*

JARO JONES

       Plaintiff - Appellee

   v.

UNITED STATES GOLF ASSOCIATION, INC

       Defendant - Appellant

FILED

JUL 2 0 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

## ENTRY OF DISMISSAL

     Pursuant to the stipulation of the parties this appeal is dismissed this 17th day of July, 2001, see FED. R. APP. P. 42(b).

                      CHARLES R. FULBRUGE III
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

            By: *Debbie Kranz*
                 Debbie Kranz, Deputy Clerk

            FOR THE COURT - BY DIRECTION

DIS-4

**A true copy**
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By *Debbie Kranz*
       Deputy
New Orleans, Louisiana  JUL 1 7 2001

*56*

No. 00-50850

U.S. COURT OF APPEALS
**FILED**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

JUL 1 3 2001

CHARLES R. FULBRUGE III
CLERK

| | | |
|---|---|---|
| JARO JONES, | § | On Appeal from the United States |
| | § | District Court for the Western |
| Plaintiff-Appellee, | § | District Court of Texas, Austin |
| | § | |
| v. | § | No. A-00-CV-278-JN |
| | § | |
| UNITED STATES GOLF ASSOCIATION, | § | Honorable James R. Nowlin, |
| | § | Judge Presiding |
| Defendant-Appellant | § | |

### STIPULATION OF DISMISSAL OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), appellant the United States Golf Association ("USGA"), and appellee JaRo Jones ("Jones"), hereby submit the following Stipulation of Dismissal of Appeal and state as follows:

1.     On November 1, 2000, this Court entered an Order granting the agreed motion of the parties to reset the briefing schedule.  That Order requires the USGA to file its brief as appellant no later than 40 days after the Supreme Court of the Untied States issued its ruling in *PGA Tour, Inc. v. Martin* (No. 00-24).

2.     On May 29, 2001, the Supreme Court  issued its ruling in *Martin.*  Accordingly, the USGA's brief is due on July 9, 2001.

3.     In light of the Supreme Court's ruling in *Martin*, the USGA no longer desires to prosecute this appeal.

4.     The USGA has advised counsel for Jones of the decision to seek dismissal of this appeal under Fed. R. App. P. 42(b).  Jones agrees to the dismissal of the appeal.

5.    In view of the fact that no briefs have been filed in this appeal. the parties agree to bear their own costs.

WHEREFORE, the USGA and Jones hereby stipulate to the dismissal of this appeal and respectfully request that the Court enter an Order dismissing the appeal, with each party to bear its own costs on appeal.

July _11_, 2001                         Respectfully submitted,


_Lee N. Abrams_

Lee N. Abrams
Robert M. Dow, Jr.
MAYER, BROWN & PLATT
190 South LaSalle Street
Chicago, Illinois  60603-3441
(312) 782-0600

Barry K. Bishop
Michael R. Klatt
CLARK, THOMAS & WINTERS
700 Lavaca Street
1200 Chase Bank Building
Austin, Texas  78701
(512) 472-8800

*Counsel for Defendant-Appellant*
*United States Golf Association*


MITHOFF & JACKS
Tommy Jacks
State Bar No. 10452000
Mark G. Einfalt
State Bar No. 06502452
111 Congress Avenue
Suite 1010
Austin, TX 78701
Telephone:  (512) 478-4422
Telecopier:  (512) 478-5015

LAW FIRM OF DIANE M. HENSON
Diane M. Henson
State Bar No. 09492950
710 West 14th Street, Suite C
Austin, TX 78701
Telephone: (512) 476-1984
Telecopier: (512) 476-1985 FAX

THOMPSON & KNIGHT, L.L.P.
Alan D. Albright
State Bar No. 00973650
98 San Jacinto Blvd., Suite 1200
Austin, Texas 78701-4081
Telephone: (512) 469-6100
Telecopier: (512) 469-6180

MINTON, BURTON, FOSTER & COLLINS,
P.C.
Roy Q. Minton
1100 Guadalupe Street
Austin, TX 78701
Telephone: (512) 476-4873
Telecopier: (512) 479-8315

GRAVES, DOUGHERTY, HEARON & MOODY,
P.C.
Boyce C. Cabaniss
State Bar No. 03579950
515 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: (512) 480-5600
Telecopier: (512) 478-1976

McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
William H. Bingham
State Bar No. 02324000
Scott Baker
State Bar No. 00793296
919 Congress Avenue
1300 Capitol Center
Austin, Texas 78701
Telephone:  (512) 495-6000
Telecopier:  (512) 495-6093


By:  _____
         William H. Bingham

*Counsel for Plaintiff-Appellee JaRo Jones*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing **STIPULATION OF DISMISSAL OF APPEAL** to be served on the persons listed on the attached service list by depositing said copy in the United States Mail at 190 South LaSalle Street, Chicago, Illinois, First Class postage prepaid, on the 11th day of July, 2001.


Robert M. Dow, Jr.

## SERVICE LIST -- 00-50850

Tommy Jacks
Mark G. Einfalt
MITHOFF & JACKS
111 Congress Avenue, Suite 1010
Austin, TX 78701

Diane M. Henson
LAW FIRM OF DIANE M. HENSON
710 West 14th Street, Suite C
Austin, TX 78701

Alan D. Albright
THOMPSON & KNIGHT, L.L.P.
98 San Jacinto Blvd., Suite 1200
Austin, TX 78701-4081

Roy Q. Minton
MINTON, BURTON, FOSTER & COLLINS, P.C.
1100 Guadalupe Street
Austin, TX 78701

Boyce C. Cabaniss
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
515 Congress Avenue, Suite 2300
Austin, TX 78701

William H. Bingham
Scott Baker
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
919 Congress Avenue
1300 Capitol Center
Austin, TX 78701